UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GERALDINE DAVIS, | CASE NO. 5:10CV945 |
| Plaintiff, | JUDGE JOHN R. ADAMS |
| -vs- | |
| COMMISSIONER OF SOCIAL SECURITY | <u>MEMORANDUM OF OPINION AND ORDER</u> |
| Defendant. | |

The Social Security Administration denied Plaintiff's application for a supplemental security income in the above-captioned case.  Plaintiff sought judicial review of the Commissioner's decision, and this Court referred the case to Magistrate Judge James Knepp, II for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1).  The Magistrate Judge submitted a report and recommendation (Doc. 19) recommending that the Court AFFIRM the Commissioner's decision.

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a report and recommendation within fourteen (14) days after service.  No objections have been filed within the 14-day period.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.


Dated: April 12, 2011                    */s/ John R. Adams*_____
                                                     UNITED STATES DISTRICT JUDGE